IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENDALE STEWART,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

14-cv-327-bbc

v.

RICHARD RICE, FOX & FOX S.C., CAPITAL
TIMES, CAPITAL NEWSPAPERS, INC. and
ERIK K. SHINSEKI,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case under the doctrine of claim preclusion.

| /s/ | 6/25/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |